**No. 4** Nixon-Glenview Co., Nixon-Glenview Development Homes Association, Nixon-Glenview Development Co., and Nixon Homes, Inc., Plaintiffs-Appellees, v. Ruth S. Wilder, et al., and Cosmopolitan National Bank of Chicago, as Trustee under Trust No. 7232, Defendants, Harrington J. Pierce and Cosmopolitan National Bank of Chicago, as Trustee under Trust No. 7232, Certain-Defendants-Appellants.

**Gen. No. 47,578.**

First District, First Division.

November 3, 1958.

Released for publication November 25, 1958.

David L. Truninger, for appellants; Peterson, Lowry, Rall, Barber & Ross, for appellees. Opinion by JUSTICE SCHWARTZ. Not to be published in full.